In the Matter of Leonard Little, Respondent, *v.* John C. Young, as Chief Building Inspector of the Town of Hempstead, Appellant.

Submitted February 21, 1949; decided March 3, 1949.

*George R. Brennan* for motion.

*Ferdinand I. Haber* opposed.

Motion denied, with $10 costs and necessary printing disbursements on the ground that an appeal lies as of right. (See Civ. Prac. Act, § 588, subd. 1, cl. [a].)